BERNHARD C. MORENZ, Respondent, v. MARY A. MORENZ, Appellant.—Interlocutory judgment affirmed, without costs. No opinion. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concurred.

WILLIAM H. MOYER, as Agent and Warden of Sing Sing Prison, etc., and Another, Appellants, v. GEORGE SCHLEICHER, Respondent.— Judgment reversed and new trial granted, costs to abide the event. Under section 74 of the Prison Law (Laws of 1909, chap. 47)* no lease could be made by the agent and warden for a longer term than three years. The lease under which the defendant is now in possession of the premises is for a period of three years, with an automatic renewal for further periods of three years each. To terminate the lease the lessor is obliged to give notice of his intention one year before the termination of one of these periods. If the lessor fails to give this notice, the lessee is entitled to possession for four years. This is in direct violation of the statute in question. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concurred.

HELEN L. POLLITZER, Respondent, v. WILLIAM S. POLLITZER, Appellant.— Appeal dismissed, without costs. No opinion. Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWIN DUFFEY, Commissioner of Highways of the State of New York, Respondent, v. THEODORE FREMD, President, and Others, Constituting the Board of Trustees of the Village of Rye, and Another, Appellants.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY KAHL, Appellant, v. ARTHUR WOODS, as Police Commissioner of the City of New York, Respondent.— Determination confirmed, and writ dismissed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Blackmar, Kelly and Jaycox, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARY JANE MONDORF, Respondent, v. JOHN H. NUHN, Clerk of the Municipal Court of the City of New York, Borough of Queens, Third District, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The stipulation did not by express terms or necessary implication deprive the tenant of his right to stay the issuance of the warrant by payment under section 2254 of the Code of Civil Procedure. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concurred.

WILLIAM SCOTT, as Administrator, etc., of WILLIAM W. SCOTT, Deceased, Respondent, v. THE DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

---

* Consol. Laws, chap. 43 (Laws of 1909, chap. 47), § 74.— [REP.